UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

D1 Jimmie Konja
D2 Adrian Konja,

    Defendants.
_____/

Case: 2:21-mj-30181
Judge: Unassigned,
Filed: 04-16-2021 At 12:12 PM
USA v. SEALED MATTER(CMP)
(MLW)

## MOTION AND ORDER TO SEAL
## COMPLAINT AND ARREST WARRANTS

THE UNITED STATES OF AMERICA requests the court to seal the Complaint and Arrest Warrants, and all attendant papers for the reason that the Defendants may flee prior to appearance on the complaint.  This sealing order is entered with the express exception that upon the Defendant's arrest, the government may provide copies of the aforementioned documents to the following persons to facilitate the defendant's appearance in court:  the court and its staff, United States Pretrial Services, the United States Probation Department, the United States Marshal Service, the Defendant, the Federal Community Defender's Officer,

and/or the Defendant's attorney. The documents otherwise remain sealed for all other purposes until unsealed by order of the court.

Respectfully submitted,

Saima Mohsin
Acting United States Attorney

*s/Karen Reynolds*
Karen Reynolds
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9672

Dated: April 16, 2021

**IT IS SO ORDERED.**

Elizabeth A. Stafford
United States Magistrate Judge

Entered: April 16, 2021