UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,
    Plaintiff,

Criminal No. 21-mj-30181

v.

D1 Jimmie Konja
D2 Adrian Konja,
    Defendants.
_____/

## MOTION AND ORDER TO UNSEAL THE COMPLAINT AND ARREST WARRANTS

The United States of America requests the court to unseal the Complaint, Arrest Warrants, and all attendant papers for the following reasons:

1. That the defendants have been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

Respectfully submitted,

Saima Mohsin
Acting United States Attorney

s/Karen Reynolds
Karen Reynolds
Assistant U.S Attorney
211 W. Fort St., Suite 2001
Detroit, MI 48226
Karen.reynolds@usdoj.gov

Date: April 20, 2021
Phone: (313) 226-9735

**IT IS SO ORDERED.**

Entered: 4/20/21

s/David R. Grand
David R. Grand
United States Magistrate Judge