# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**D-1 JIMMIE KONJA,**

    Defendant.

_____/

Case No. 2:21-mj-30181
Hon. _____
Magistrate Judge Unassigned

## **APPEARANCE**

To:  Clerk – United States District Court

    Please enter my appearance as attorney for Jimmie Konja, defendant in the above-entitled matter.

    Respectfully submitted,

    Hertz Schram PC
    Attorneys for Defendant

    /s/ Walter J. Piszczatowski (P27158)
    1760 S. Telegraph, Suite 300
    Bloomfield Hills, MI 48302-0183
    (248) 335-5000
    wallyp@hertzschram.com

## NOTICE OF APPEARANCE

To:  All counsel of record

    Please take notice that I have this date entered my appearance as attorney for defendant, Jimmie Konja, in the above-entitled matter.

                            Respectfully submitted,

                            Hertz Schram PC
                            Attorneys for Defendant

                            /s/ Walter J. Piszczatowski (P27158)
                            1760 S. Telegraph, Suite 300
                            Bloomfield Hills, MI 48302-0183
                            (248) 335-5000
                            wallyp@hertzschram.com

## CERTIFICATE OF SERVICE

    I hereby certify that on May 7, 2021, I electronically filed the foregoing Appearance with the clerk of the court using the ECF system which will send notification of such filing to the ECF participants.

                            Hertz Schram PC
                            Attorneys for Defendant

                            /s/ Walter J. Piszczatowski (P27158)
                            1760 S. Telegraph, Suite 300
                            Bloomfield Hills, MI 48302-0183
                            (248) 335-5000
                            wallyp@hertzschram.com

{H0834062.1}