UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.                                                    Case No. 2:21-mj-30181

**D-1 JIMMIE KONJA,**

    Defendant.

_____/

## STIPULATED ORDER PERMITTING
## DEFENDANT JIMMIE KONJA TO TRAVEL

    Upon the agreement of the parties, U.S. Pretrial Services Officer Portelli having been consulted and having no objections, and the Court being fully advised in the premises,

    It is hereby ordered that Defendant Jimmie Konja ("Konja") be allowed to travel by air from Detroit, Michigan to Cancun, Mexico from on or about Sunday, March 6, 2022 and returning on or about Friday, March 11, 2022.  Konja shall be allowed to retrieve his passport from Pretrial Services 72 hours prior to departure and shall return the passport to his Pretrial Services Officer within 48 hours of his return.  Additionally, Konja will provide his itinerary and contact information once the booking is finalized, including where he will be staying, as well as flight information to his Pretrial Services Officer and to the Government and will

{H0890938.1}

promptly report to his Pretrial Officer upon his return and return his passport, but in no event later than the close of business on Monday, March 14, 2022.

It is further ordered that Defendant Konja's release on bond shall otherwise remain in full force and effect in all other respects.

It is so ordered.

s/David R. Grand  
David R. Grand  
U.S. Magistrate Judge

Approved as to Form & Substance:

*/s/Karen Reynolds*
Karen Reynolds
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
(313) 226-9672
Karen.Reynolds@usdoj.gov

*/s/ Walter J. Piszczatowski (P27158)*
Walter J. Piszczatowski
Attorney for Defendant
719 Griswold Street, Suite 270
Detroit, MI  48226
(313) 438-5001
wallyp@hertzschram.com